*Law Offices of*
***SUSAN CHANA LASK***

***244 Fifth Avenue, Suite 2369***
***New York, N.Y. 10001***

**(917) 300-1958** **www.appellate-brief.com**

VIA ECF
May 8, 2026

Honorable Judge Gary R. Brown
United States District Court-Eastern District of New York
100 Federal Plaza, Courtroom 940
Central Islip, New York 11722

Re: Lask v Sorid et al #25-cv-05724

Dear Judge Brown:

Plaintiff respectfully submits this brief response to Mr. Perry's May 8, 2026 letter withdrawing Defendants' requests to excuse Defendants Sorid from appearing on May 13, 2026.

Plaintiff does not object to the withdrawal of the request. Plaintiff objects to Mr. Perry's attempt to recast the matter as mere "miscommunication around the change of counsel." That characterization is not supported by the record.

The withdrawn letters were not a calendaring error, clerical issue, or uncertainty caused by new counsel's appearance. They made specific factual representations to this Court that Harvey Sorid's age, medical conditions, and mobility limitations impaired his ability to appear, and that Jay Sorid was a primary or full-time caregiver for Harvey Sorid and Harvey Sorid's wife, making Jay Sorid's appearance a hardship. Those representations were used to seek relief from this Court's personal appearance order and required Plaintiff to spend time responding on an emergency basis.

Only after Plaintiff objected with facts and law did Defendants state, without explanation, that both Defendants will appear in person. Mr. Perry's statement that the issue was merely a miscommunication does not explain who supplied the factual assertions, why they were made without proof, or why Defendants can now appear if the asserted medical and caregiver hardships were true. Nor does Mr. Perry's characterization of the matter as a mere "miscommunication" alter the record which reflects that Defendants filed unsupported factual representations to avoid a court ordered personal appearance and then abandoned those representations only after Plaintiff's objections with facts and law.

Plaintiff therefore respectfully submits that Mr. Perry's characterization is not an accurate statement of what occurred as the record reflects otherwise.

Very truly yours,
**LAW OFFICES OF SUSAN CHANA LASK**
/s/ Susan Chana Lask
**SUSAN CHANA LASK**