**Paulose & Associates PLLC**
Attorneys at Law
499 New Rochelle Road, Bronxville, NY 10708

Writer's Direct Dial
914 840 4175

September 9, 2026

Hon. James M. Wicks
United States District Court
Eastern District of New York
100 Federal Plaza, Courtroom 1020
Central Islip, New York 11722

**Re: Lask v. Sorid et al., 25CV05724 (GRB)**

Your Honor:

We represent defendant Angela Dennis and respectfully oppose plaintiff's request for an enlargement of time to submit a reply.

Plaintiff initially sought consent for an enlargement through an email drafted by Susan Lask, not Jeffrey Arlen Spinner, stating only: "I am unavailable on medical leave."

Because plaintiff had recently represented in another federal action that she required an extension through September 30, 2026, in part due to a "substantial Second Circuit appellate filing due mid-September," rather than medical leave (Lask v. Rhee-Karn, 24CV02666, Aug. 26, 2026, Lask letter, at Docket 137), and in light of circumstances surrounding prior extension requests, we requested additional information concerning the basis for the requested extension in this matter.

Plaintiff declined to provide any additional details. Instead, the present application states that Jeffrey Arlen Spinner is now handling the reply and that he requires additional time due to the size of defendant's opposition.

We respectfully submit that the request is excessive. Defendant's opposition is only about ten pages in length. Moreover, all but two of the exhibits had already been filed on August 22, 2026 (Docket 75), meaning that nearly all of the materials addressed in the opposition have long been available to Spinner. The reply is also subject to the Court's 2,500-word limitation, further reducing the burden associated with preparing the submission. Under these circumstances, plaintiff has not demonstrated why an additional length of time all the way to September 21 is necessary.

To the extent the Court is inclined to grant relief, defendant respectfully submits that a considerably shorter extension would be appropriate. Because plaintiff now represents that Jeffrey Arlen Spinner – and not Susan Lask – is preparing and signing the reply, defendant requests that any extension be limited to Monday, September 14, 2026.

Sincerely,

Paulose & Associates PLLC

By:

Mathew Paulose Jr., Esq.