# EXHIBIT A

This is a cache of https://www1.nyc.gov/assets/lateralorientation/downloads/pdf/Guide%20to%20the%20form%20of%20Orders%20and%20Judgments.pdf as retrieved on Tuesday, August 16, 2022.

# GUIDE TO THE FORM

# OF

# ORDERS AND JUDGMENTS

## (THIRD EDITION)

# PART II
# FINALITY OF ORDERS AND APPROPRIATE MARKINGS

## CONTENTS OF THE PART

**A. NOTATION OF FINAL/NON-FINAL DISPOSITIONS**

**B. WHAT IS A "FINAL DISPOSITION"?**

**1. The Basic Rule**

**2. Finality in Special Proceedings**

**3. Finality in Transferred Cases**

**4. Finality in Article 78 Proceedings - - Administrative Remands and Transfers to the Appellate Division**

**5. Finality and Article 81 Matters**

### A. NOTATION OF FINAL/NON-FINAL DISPOSITIONS

**Each motion folder and short form order sheet transmitted by Chambers or the Part to the Motion Support Office (Room 119) must indicate whether or not the decision/order constitutes a final disposition of <u>the case</u> (not of the motion).** Boxes have been placed on the motion jacket and on the gray sheet to permit such indication to be made.

It is very important that the disposition boxes on the motion jacket and on the gray sheet be completed on every motion so that when a decision/order constitutes the final disposition of the case an appropriate entry can be made in the CCIS computer removing the matter from the inventory of active cases. Failure to check the appropriate boxes creates confusion and imposes a burden on the Motion Support Office, which is then required to try to determine on its own whether the decision is final or not. If Motion Support mistakenly enters into CCIS that a case has been finally disposed of when that is not so, confusion and inconvenience to the parties will occur

later on (e.g., the filing of a note of issue will be made impossible). Conversely, failure to record a final disposition of the case will result in its incorrectly continuing to be listed in the computer system as an active case. Errors of this kind deprive Justices of credit for dispositions and generate erroneous workload statistics. Such errors also cause additional work for our Justices and clerks inasmuch as inventory reviews must be conducted in part to cull out such "dead cases" and a notification and calendar-generating process may accompany these reviews.

## B. WHAT IS A "FINAL DISPOSITION" ?

(1) The Basic Rule

**Decisions are final only if they dispose of all aspects of the case (except for the question of attorney's fees). Determinations that dispose of some but not all claims, that determine the fate of some but not all parties, and that grant judgments of default, but that will be followed by inquests on damages are not final determinations**. As to the last of these situations, an inquest requires the filing of a note of issue, which cannot be done in a case that has been marked disposed on a motion for a default judgment.

(2) Finality in Special Proceedings

Particular attention should be paid to the question of finality in special proceedings. A determination on the merits in a special proceeding, one way or the other, disposes of the matter. So does the withdrawal of the application. A determination in certain "pre-action" special proceedings will dispose of the matter (the special proceeding) even though a lawsuit will follow later. That subsequent lawsuit will proceed under a new index number, which will also require the filing of a new Request for Judicial Intervention. An action is different from a special proceeding. Properly recording the disposition of the special proceeding will prevent the improper use of the special proceeding's index number for the subsequent plenary action and the confusion that that misuse will generate. Applications for the following are common special proceedings the resolution