**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
---------------------------------------------------------X
**SUSAN LASK,**

Plaintiff,

**JUDGMENT**
CV 25-5724 (GRB) (JMW)

- against -

**HARVEY SORID, JAY C. SORID,**
**PAULETTE ANGELA DENNIS,**

Defendants,
---------------------------------------------------------X

A Memorandum and Order of the Honorable Gary R. Brown, United States District Judge, having been filed on October 6, 2026, dismissing Plaintiff's Second Amended Complaint in its entirety for lack of subject matter jurisdiction, since Plaintiff does not plausibly meet the amount of controversy threshold; Alternatively, the Court finds that if it did have subject matter jurisdiction, each of Plaintiff's causes of action would nonetheless necessarily be dismissed under Federal Rule of Civil Procedure 12(b)(6); and directing the Clerk of Court to enter judgment and close this case, it is

**ORDERED AND ADJUDGED** Plaintiff's Second Amended Complaint is dismissed in its entirety for lack of subject matter jurisdiction; and that this case is closed.

Dated: October 7, 2026
Central Islip, New York

BRENNA B. MAHONEY
CLERK OF COURT

BY: /S/ JAZMIN M. CUBANO
DEPUTY CLERK