*Law Offices of*
***SUSAN CHANA LASK***

***244 Fifth Avenue, Suite 2369***
***New York, N.Y. 10001***

**(917) 300-1958** **www.appellate-brief.com**

**VIA ECF**

October 15, 2026

Honorable Judge Gary R. Brown
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re: Lask v. Sorid, No. 25-cv-05724-Extension Request (DE 100)

Dear Judge Brown:

Pursuant to your order DE 100, page 3, expressly permitting a request for an extension, I request a 10-day extension from October 19 to October 29, that includes the suspension of DE 96, to complete my review of that order and I await independent counsel's advice. This request is procedural only and does not waive any rights or objections.

Sincerely,

**LAW OFFICES OF SUSAN CHANA LASK**

/s Susan Chana Lask
**SUSAN CHANA LASK**