**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

SUSAN LASK,

Plaintiff,

-against-

HARVEY SORID, JAY C. SORID, and PAULETTE ANGELA DENNIS,

Defendants.

---

Case No. 2:25-cv-05724-GRB-JMW

**AMENDED**
**NOTICE OF APPEAL**

**NOTICE IS HEREBY GIVEN** that Plaintiff Susan Lask appeals to the United States Court of Appeals for the Second Circuit from the Memorandum and Order entered October 6, 2026 (DE 96) (the "Order")[DE 96] "denying [74] Motion for Sanctions" and from the entire final judgment and all orders merged, entered October 7, 2026 [DE 99], including (i) the dismissal of this action at the motion to dismiss stage, including, but not limited to, the District Court's reliance upon matters outside the pleadings and disputed factual interpretations of other judicial records; and (ii) the sanctions and grievance referral in the Order imposed by Judge Brown, including his directive requiring Plaintiff, on pain of further sanctions, to file his Order in active and future federal cases in which Plaintiff appears indefinitely. Plaintiff specifically appeals the sanctions as imposed without prior notice or an opportunity to be heard and based upon several demonstrably false material factual statements concerning unrelated proceedings—including Judge Brown stating that Plaintiff previously was referred to the Southern District grievance committee when no judicial decision Judge Brown cited contains such referral because no referral occurred—and other material statements directly contradicted by the judicial records.

Dated: October 23, 2026

Respectfully submitted,
**LAW OFFICES OF SUSAN CHANA LASK**

/s/ Susan Chana Lask
Susan Chana Lask, Esq.
244 Fifth Avenue, Suite 2369
New York, New York 10001
917. 300-1958