*Law Offices of*
***SUSAN CHANA LASK***

***244 Fifth Avenue, Suite 2369***
***New York, N.Y. 10001***

**(917) 300-1958** **www.appellate-brief.com**

**VIA ECF**

October 26, 2026

Honorable Judge Gary R. Brown
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re: Lask v. Sorid, No. 25-cv-05724-Extension Request (DE 100)

Dear Judge Brown:

Pursuant to your order DE 100, page 3, expressly permitting an extension request, I request a 10-day extension from October 29 to November 9 for good cause; this includes the suspension of DE 96. The first extension was ten days that allowed me to seek independent counsel's review and advice. My continuing consultation with counsel and the breadth of the 29-page order requires further research and review. Based on the complexity of the issues, including the appeal, requesting ten days for a total 20-day extension from your October 9 Order is reasonable. *Alexander v. Saul*, 5 F.4th 139, 154 (2d Cir. 2021) (Rule 6(b)(1)'s good-cause standard is "non rigorous" and district courts have wide discretion to extend filing deadlines.)

Sincerely,

**LAW OFFICES OF SUSAN CHANA LASK**

/s Susan Chana Lask
**SUSAN CHANA LASK**